IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Scott Ratkovich,                          :
                        Petitioner        :
                                          :
            v.                            :      No. 695 C.D. 2016
                                          :
Unemployment Compensation                 :
Board of Review,                          :
                        Respondent        :

# **O R D E R**

NOW, April 12, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge